IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JUSTIN M. LOPEZ                                                                                          PLAINTIFF

VERSUS                                                          CIVIL ACTION NO. 1:03cv122WJG-JMR

CITY OF BILOXI, MISSISSIPPI and A.J.
HOLLOWAY, in his Official Capacity as
Mayor for the City of Biloxi, Mississippi                                                      DEFENDANTS

O R D E R

      This matter is before the Court on the motion of the Defendants, City of Biloxi, Mississippi [Biloxi] and A.J. Holloway, in his official capacity, for new trial [99-1], or in the alternative for remittitur on damages, for judgment as a matter of law, and Plaintiff's motion for equitable relief [91-1].  Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is therefore,

      ORDERED AND ADJUDGED that Defendants' motion for new trial [99-1] be, and is hereby, granted in part and denied in part:  Plaintiff's claims under the Fourteenth Amendment are dismissed;  all other grounds raised in Defendants' motion are denied.  It is further,

      ORDERED AND ADJUDGED that Plaintiff's motion for equitable relief [91-1] be, and is hereby, denied.  It is further,

      ORDERED AND ADJUDGED that each party shall bear their respective costs associated with these motions.

      SO ORDERED AND ADJUDGED this the 28th day of March, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE