IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JUSTIN M. LOPEZ                                                                                    PLAINTIFF

VERSUS                                                       CIVIL ACTION NO. 1:03cv122WJG-JMR

CITY OF BILOXI, MISSISSIPPI and A.J.
HOLLOWAY, in his Official Capacity as
Mayor for the City of Biloxi, Mississippi                                            DEFENDANTS

## JUDGMENT

This matter is before the Court on the motion [89-1] of Plaintiff Justin Lopez for attorney's fees and expenses.  Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is therefore,

ORDERED AND ADJUDGED that the motion [89-1] of Plaintiff Justin Lopez for attorney's fees and expenses be, and is hereby, granted.  It is further,

ORDERED AND ADJUDGED that Plaintiff is hereby awarded $33,740.00 in attorney's fees and $1,806.59 in expenses for a total award of $35,546.59.

SO ORDERED AND ADJUDGED this the 3rd day of May, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE